IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARIO DEVONNE WASHINGTONSR., <br><br> Plaintiff, <br><br> vs. <br><br> KOREY GOPLIN, Deputy, #9177, Individual and Official capacity; JEFFREY BROWN, Sgt., #4171, Individual and Official capacity; DUSTIN CULLEN, Deputy, #9173, Individual and Official capacity; and PAUL M. VRBKA, Sheriff, Individual and Official capacity; <br><br> Defendants. | 8:22CV159 <br><br> ORDER |

This matter is before me on Plaintiff's Motion for Leave to Proceed in Forma Pauperis ("IFP"). (Filing 9.) Plaintiff included Case No. 8:22CV316 on his motion, but the court statistically closed that case on September 12, 2022 and directed that the complaint be filed as the Amended Complaint (filing 8) in the present case. Because Case No. 8:22CV316 is closed, Plaintiff does not need to seek leave to proceed IFP in that case and he should refrain from filing any documents in that closed case. Plaintiff was previously granted leave to proceed in forma pauperis in this action (*see* filing 5), and his motion will therefore be denied as moot.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion for Leave to Proceed in Forma Pauperis (filing 9) is denied as moot.

2. Plaintiff should not file any documents in Case No. 8:22CV316 because it is closed. Any future filings related to Plaintiff's claims in the Amended Complaint (filing 8) should be filed in this case, Case No. 8:22CV159.

Dated this 22nd day of September, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge